ROBERT BOYD, Appellant, *v.* THE NEW YORK SECURITY AND TRUST COMPANY et al., Respondents.

Reported below, 85 App. Div. 581.
(Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 4, 1903, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the judgment appealed from was not appealable of right to the Court of Appeals, and that permission to appeal had not been granted nor had the Appellate Division certified that a question of law was involved which ought to be reviewed.

*James F. O'Beirne* for motion.

*Lewis Johnston* opposed.

Motion denied, with ten dollars costs.